Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-082

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:** The Great Wave of Caffeine

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 09, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Elan Harris
  **Pseudonym:** Gloopz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elan Harris
26 Broadview Ave, Maplewood, NJ, United States

## Rights and Permissions

**Name:** Elan Harris
**Email:** elandharris@gmail.com
**Telephone:** (917)545-9845
**Address:** 26 Broadview Ave
Maplewood, NJ 7040 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-076

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Music from Mars |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 03, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Elan Harris |
| **Pseudonym:** | Gloopz |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elan Harris |
| | 26 Broadview Ave, Maplewood, NJ, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elan Harris |
| **Email:** | elandharris@gmail.com |
| **Telephone:** | (917)545-9845 |
| **Address:** | 26 Broadview Ave |
| | Maplewood, NJ 7040 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# MUSIC FROM MARS

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-071

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
July 18, 2025

## Title

**Title of Work:** The Spaceman's Trip

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 03, 2013
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Elan Harris
  **Pseudonym:** Gloopz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elan Harris
26 Broadview Ave, Maplewood, NJ, United States

## Rights and Permissions

**Name:** Elan Harris
**Email:** elandharris@gmail.com
**Telephone:** (917)545-9845
**Address:** 26 Broadview Ave
Maplewood, NJ 7040 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-090

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:**  you're tearing me apart, Lisa!

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 11, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Elan Harris
  **Pseudonym:** Gloopz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elan Harris
26 Broadview Ave, Maplewood, NJ, United States

## Rights and Permissions

**Name:** Elan Harris
**Email:** elandharris@gmail.com
**Telephone:** (917)545-9845
**Address:** 26 Broadview Ave
Maplewood, NJ 7040 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-081

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:** The Great Wave of Beer

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 01, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Elan Harris
  **Pseudonym:** Gloopz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elan Harris
26 Broadview Ave, Maplewood, NJ, United States

## Rights and Permissions

**Name:** Elan Harris
**Email:** elandharris@gmail.com
**Telephone:** (917)545-9845
**Address:** 26 Broadview Ave
Maplewood, NJ 7040 United States

## Certification

**Name:** David Denholm

ビールの大波

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-094

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
July 18, 2025

## Title

**Title of Work:** 2201 Hyperspace Show

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** October 02, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Elan Harris
  **Pseudonym:** Gloopz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elan Harris
26 Broadview Ave, Maplewood, NJ, United States

## Rights and Permissions

**Name:** Elan Harris
**Email:** elandharris@gmail.com
**Telephone:** (917)545-9845
**Address:** 26 Broadview Ave
Maplewood, NJ 7040 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-089

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:** Aloha Meowaii

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 12, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Elan Harris
  **Pseudonym:** Gloopz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elan Harris
26 Broadview Ave, Maplewood, NJ, United States

## Rights and Permissions

**Name:** Elan Harris
**Email:** elandharris@gmail.com
**Telephone:** (917)545-9845
**Address:** 26 Broadview Ave
Maplewood, NJ 7040 United States

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-084

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
July 18, 2025

---

## Title

**Title of Work:** The Great Wave of Joe

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 13, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Elan Harris
 **Pseudonym:** Gloopz
 **Author Created:** 2-D artwork
 **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elan Harris
26 Broadview Ave, Maplewood, NJ, United States

## Rights and Permissions

**Name:** Elan Harris
**Email:** elandharris@gmail.com
**Telephone:** (917)545-9845
**Address:** 26 Broadview Ave
Maplewood, NJ 7040 United States

## Certification

**Name:** David Denholm