**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELAN HARRIS,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-12180

Judge Andrea R. Wood

Magistrate Judge M. David Weisman

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendant |
|---|---|
| 1 | Lin Jinping's Canvas Shop |
| 2 | LuckyFishShop |
| 4 | Qimini Art Aesthetics |
| 5 | hoanguyentn2203 |
| 6 | G Distant decorative painting |
| 7 | QIN PTING QIN |
| 8 | Bloone |
| 9 | B Distant decorative painting |
| 10 | G DearF home ART |
| 11 | HotPepper ART |
| 12 | F Gnu decorative painting |
| 13 | Sereincl ART |
| 15 | ALAA TRADING LIMITED |
| 16 | Unframed Stories |
| 17 | Leona Yan |
| 18 | Dumbo art poster |
| 20 | BoldHorizons Wall Art |
| 21 | WAXIUJ |

| | |
|---|---|
| 24 | EAFJNI |
| 25 | PAVINU |
| 27 | HTYGFRTYOO |
| 28 | TYG Digital oil painting factory |
| 31 | SR ART |
| 32 | We i poster |
| 33 | Blackout Art |
| 34 | RS ART PAINTING |
| 35 | BASFCI |
| 36 | NAFTEI |
| 37 | JH WAII ART |
| 38 | XHY Decorative paintings and posters |
| 39 | CLHCCCSD Art Canvas Poster |
| 40 | Fly everywhere ART |
| 41 | DIY MRDDK |
| 42 | Gerald Decoration |
| 43 | HAOYIHUAYE |
| 44 | SatinBrush |
| 45 | RenaissanceHue |
| 46 | LuxuryCanvas |
| 47 | FrameFreeCanvas |
| 48 | SS Wall Art local |
| 49 | Artvistan |
| 50 | BD ArtPrints |
| 51 | UCT HouseLife |
| 52 | chen high muse |
| 54 | wen happy muse |
| 55 | Resour Mall |
| 56 | GiftGalaxye |
| 58 | Center Heaven |
| 59 | TWOCOLORSART local |
| 60 | guo guocai |
| 62 | Goat DIY |
| 63 | MuseGrove Canvas Painting |
| 64 | A canvas painting |
| 65 | Artistic Vibe Gallery |
| 67 | Mio Home Canvas Painting |
| 68 | Yohi Canvas Painting Shop |
| 69 | One Decoration Painting |
| 70 | Canvas Canvas |
| 71 | VisionLair Canvas Painting |

| | |
|---|---|
| 72 | PawsPalette |
| 73 | Chasing cloud poster |
| 74 | Ally Art Oil Paintings |
| 75 | Print framed |
| 76 | Yimi canvas painting |
| 77 | HueCanvas |
| 78 | Maokai Show Canvas Painting |
| 79 | sisiyan |
| 80 | Minjiuding J |
| 81 | Alos |
| 82 | YD Effili |
| 84 | WTY QPL |
| 85 | HGYKKHTG |
| 86 | Hello friend C |
| 87 | DUIOJQMA |
| 90 | CFFFSHOP |
| 91 | TTOY HJ |
| 92 | UrbanChicCollection |
| 93 | EliteFashionn local |
| 94 | WTY CG |
| 95 | StyleSerenadeStudio |
| 96 | daily outdoor clothes |
| 97 | Bare Tees OK |
| 99 | Chen Weis shop |
| 100 | BRANDEAL |
| 101 | WTY YHT |
| 102 | LYchangmingTrade |
| 104 | YEEATZ |
| 105 | super shopping shop |
| 106 | GO SHOPPING ONE |
| 107 | Lnspiration Weaing |
| 108 | Urban Fantasy |
| 109 | Y Moda Luck |
| 110 | HAPPY G SHOP |
| 113 | Jungle Cowboy |
| 114 | goldiezy |
| 115 | AeroMotion |
| 116 | SF Printed TShirt |
| 117 | Ventura Tol |
| 118 | TeeTopia A |
| 119 | Love you husband |

| | |
|---|---|
| 120 | Holiday Style Clothing House |
| 121 | Dada Gifts |
| 122 | VERIS VIGOR |
| 123 | GlobeMark |
| 124 | Are YOU q |
| 126 | Office esports mouse pad |
| 127 | Northset poster |
| 128 | JL poster |
| 129 | YOUDIANSHOP |
| 132 | Anime Region |
| 133 | GridWear |
| 134 | SQFFIVE |
| 135 | SewnChic |
| 136 | WTY TY |
| 137 | Packed Mens Fashion Emporium |
| 138 | TTZOTWO |
| 139 | InnoCraft Studio |
| 140 | Camellia Mens Fashion Clothing |
| 141 | bubble O |
| 142 | JINGGX |
| 143 | destiny z |
| 145 | Get fit Get |
| 149 | SI Art shop |
| 150 | Home Art Metal Poster |
| 151 | aojiemi |
| 152 | ABCHGJJB |
| 153 | AEWRPJJA |

DATED: September 15, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 15, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt